630 A.2d 1218

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

John Anthony SABATINO, Respondent.

No. 963 Disciplinary Docket No. 2.
Disciplinary Board No. 58 DB 93.

Supreme Court of Pennsylvania.

Sept. 8, 1993.

## ORDER

PER CURIAM:

AND NOW, this 8th day of September, 1993, there having been filed with this Court by John Anthony Sabatino his verified Statement of Resignation dated July 15, 1993, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John Anthony Sabatino be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.